JULIUS KATZ v. CHARLES LUTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

MARK M. DITTENFUSS v. DAVID HORSLEY and Others.— Motion denied, with ten dollars costs, on the ground that no leave is required. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

In the Matter of THOMAS A. MCLOUGHLIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

ROBERT HERBST v. KEYSTONE DRILLER COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

In the Matter of PNEUMATIC CONCRETE PLACING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

SAMUEL ELLOR v. ASSOCIATED PLACING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

GEORGE COLON AND COMPANY v. SARAH B. SMITH and Another.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

In the Matter of FARMERS LOAN AND TRUST COMPANY.— Motion granted. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

PARK UNION HOLDING COMPANY v. JOSEPH G. HOAGLAND.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

EMPIRE TRUST COMPANY v. PRESIDENT, ETC., OF THE MANHATTAN COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

In the Matter of RHINELANDER AVENUE.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

JOSEPH S. MULRONEY v. METAL SHELTER COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

PHILIP CROWN v. JACOB LITVAK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

HERRICK C. ALLEN v. GENERAL ACCIDENT FIRE AND LIFE ASSOCIATION COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

ÆTNA EXPLOSIVES COMPANY v. EDGAR W. BASSICK and Others.— Order resettled. Motion to go to the Court of Appeals granted; question certified. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

CUBA DISTILLING COMPANY, Respondent, v. SAMUEL M. RICE, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.